# In the United States Court of Federal Claims

**No. 03-2488V**
Filed: October 25, 2013
Not to be Published

* * * * * * * * * * * * * * * * * * * * * * * * * *

MICHELLE REDMOND, as parent,　　 *
guardian, and next friend of　　　　 *
TREVOR CARROLL, a minor,　　　　 *
　　　　　　　　　　　　　　　 *　　Autism; Attorneys' Fees and Costs
　　　　　　　Petitioner,　　　　 *
　　　　　　　　　　　　　　　 *
　　　　v.　　　　　　　　　　 *
　　　　　　　　　　　　　　　 *
SECRETARY OF HEALTH AND　　 *
HUMAN SERVICES　　　　　　　 *
　　　　　　　　　　　　　　　 *
　　　　　　　Respondent.　　　 *
　　　　　　　　　　　　　　　 *

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

On October 14, 2011, petitioner filed a motion for attorneys' fees and costs. In compliance with Vaccine General Order #9, petitioner filed a statement on December 21, 2011, indicating she personally incurred no costs that are compensable under § 15 (e)(1).

On October 25, 2013, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs. After informal discussions, the parties have agreed on $4,610.16 in attorneys' fees and costs.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to redact medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will redact such material from public access.

**The request for attorneys' fees and costs is granted.** Petitioner is awarded reasonable attorneys' fees and costs pursuant to §§ 15(b) and (e)(1), as I find that the petition was brought in good faith and upon a reasonable basis, and the amounts requested are reasonable and appropriate.

**Accordingly, I hereby award the total amount of $4,610.16 as follows:**

- **a lump sum of $3,557.92, in the form of a check payable jointly to petitioner and the former law firm of petitioner's counsel, The Wilner Firm; and**

- **a lump sum of $1,052.24, in the form of a check payable jointly to petitioner and petitioner's counsel, Erin Juzapavicus.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the Clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED.**

s/George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. See Vaccine Rule 11(a).